IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUSAN HORTON,

        Plaintiff,

vs.                                     CASE NO.: 4:04cv373-SPM

CAPITAL REGIONAL
MEDICAL CENTER, et al.,

        Defendants.
_____/

## ORDER DIRECTING PLAINTIFF TO FILE RESPONSE

        Defendant filed a motion for summary judgment on December 20, 2005. To date, the Court has not received a response from Plaintiff.  Under Northern District of Florida Local Rule 7.1(C), "[f]ailure to file a responsive memorandum may be sufficient cause to grant the motion."  Given the strong judicial policy of deciding cases on the merits, however, the Court will allow Plaintiff additional time to file a response.  Accordingly, it is

        ORDERED AND ADJUDGED that Plaintiff shall have up to and including Tuesday, January 17, 2006 to file a response to defendants' motion for summary judgment.

        DONE AND ORDERED this 11th day of January, 2006.

        _s/ Stephan P. Mickle_____

        Stephan P. Mickle
        United States District Judge