IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUSAN HORTON,

    Plaintiff,

vs.                                      CASE NO.: 4:04cv373-SPM

CAPITAL REGIONAL
MEDICAL CENTER, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

    This case has been dismissed with prejudice pursuant to the parties' Stipulation for Dismissal With Prejudice (doc. 65) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close the case file.

    SO ORDERED this 30th day of January, 2006.

                                               *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge